THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Thomas Wayne
 Earley, Jr., Appellant.
 
 
 

Appeal From Spartanburg County
 Edward W. Miller, Circuit Court Judge

Unpublished Opinion No. 2008-UP-626
 Submitted November 3, 2008  Filed
November 12, 2008   

APPEAL DISMISSED

 
 
 
 Appellate Defender Kathrine H. Hudgins, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, of
 Columbia; and Solicitor Harold W. Gowdy, III, of Spartanburg, for Respondent.
 
 
 

PER
 CURIAM:  Thomas Wayne Earley appeals
 his ninety-day sentence for pointing and presenting a firearm.  Earley argues
 the trial judge erred in failing to instruct the jury to disregard improper
 character evidence.  After a thorough
 review of the record and counsels brief pursuant to Anders v. California,
 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357
 (1991), we dismiss the appeal and grant counsels motion to be relieved.[1] 
APPEAL DISMISSED.
ANDERSON, HUFF, and THOMAS, JJ., concur.

[1] We decide this case without oral argument pursuant to
Rule 215, SCACR.